UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Theda Toye, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 21-cv-07184 (BMC) |
| v. ) | |
| Questfleet LLC, Napa Joe's 4 Inc., Joesons Auto Parts, Inc., and Raymond Pichardo, ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that Defendant Questfleet LLC's time to answer, move or otherwise respond to the complaint in the above-captioned action shall be extended to and including March 4, 2022.

The Defendant hereby waives any right to object to the service of process that was completed in the above captioned matter.

| AIDALA, BERTUNA, & KAMINS, PC | JASINSKI, P.C. |
|---|---|
| By: s/ Lawrence Spasojevich | By: s/ David F. Jasinski |
| LAWRENCE SPASOJEVICH | DAVID F. JASINSKI |
| 546 Fifth Avenue | 2 Hance Avenue, 3rd floor |
| New York, NY 10036 | Tinton Falls, NJ 07724 |
| T: 212-486-011 | T: 973-824-9700 |
| ls@aidalalaw.com | djasinski@jplawfirm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Questfleet LLC* |

**SO ORDERED.**

_____
, U.S.D.J.

Dated:
    New York, New York